IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0075

_____

IN THE MATTER OF:

M.T. and L.T.,                                              O R D E R

      Youths in Need of Care.


_____


Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert J. Whelan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 19 2020